**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00087-CV

————————————

**DR. JEROME C. WASSERSTEIN AND SSC HARRIS JACINTO CITY, LLC D/B/A JACINTO CITY HEALTHCARE CENTER, Appellants**

**V.**

**MIKHAIL GREYBERG, ON BEHALF OF THE ESTATE OF IOSIF GREYBER, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-34777**

---

## MEMORANDUM OPINION

Appellants, Dr. Jerome C. Wasserstein, and SSC Harris Jacinto City, LLC, have each filed motions to dismiss this appeal. The motion to dismiss filed by Dr. Jerome C. Wassertein was unopposed and more than ten days have elapsed since the

filing of SSC Harris Jacinto City's motion without objection to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal. Accordingly, we grant the motions and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.